LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

RUSSELL C. WEIGEL, III, P.A.
Russell C. Weigel, III (admitted pro hac vice)
5775 Blue Lagoon Drive, Suite 100
Miami, Florida  33126
(786) 888-4567 Telephone
Email: rweigel@investmentattorneys.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ALESSI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HYBRID COATING TECHNOLOGIES INC, a Nevada corporation,<br><br>Defendant. | CASE NO.  3:15-cv-00602-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Defendant shall have until Tuesday, March 1, 2016, to file its Answer to Plaintiff's Complaint.  Defendant's Answer is currently due on January 7, 2016.

The parties have settled this matter and are stipulating to this extension of time pending the performance of the settlement.  The settlement terms are to be performed by February 29, 2016, and the parties will file a stipulation for dismissal thereafter.  If performance of the settlement does not occur by February 29, 2016, Defendant's Answer will be due on Tuesday, March 1, 2016.  This is

//

-1-

the parties' first request for an extension of time.

DATED: January 7, 2016.

RUSSELL C. WEIGEL, III, P.A.

And

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation

/s/ Amy N. Tirre
Amy N. Tirre, Esq.
Attorneys for Plaintiff

DATED: January 7, 2016.

BRYAN R. CLARK, PC

Bryan R. Clark, Esq.
Attorney for Defendant

IT IS SO ORDERED.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: January 8, 2016

-2-