LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail:  amy@amytirrelaw.com

RUSSELL C. WEIGEL, III, P.A.
Russell C. Weigel, III (admitted pro hac vice)
5775 Blue Lagoon Drive, Suite 100
Miami, Florida  33126
(786) 888-4567 Telephone
Email:  rweigel@investmentattorneys.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ALESSI, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>HYBRID COATING TECHNOLOGIES INC, a Nevada corporation,<br><br>               Defendant. | CASE NO.  3:15-cv-00602-MMD-WGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

COMES NOW Plaintiff, William Alessi, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and hereby files this Notice of Voluntary Dismissal of the above-captioned action in its entirety, **with prejudice**.  Defendant Hybrid Coating Technologies Inc has not entered an appearance in the above-captioned matter either by answer or motion for summary judgment.

DATED:  February 29, 2016.

LAW OFFICES OF AMY N. TIRRE,
A Professional Corporation

/s/ Amy N. Tirre
Amy N. Tirre, Esq.
Attorneys for Plaintiff

-1-